Vicki M. DAVIS, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42209.

Missouri Court of Appeals, Western District.

April 3, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Application to Transfer Denied July 31, 1990.

David S. Durbin, Asst. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 24.035.

Judgment affirmed. Rule 84.16(b).